UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOZSEF GYETVAI, | : |
| Plaintiff, | : 3:18-CV-814 |
| | : (JUDGE MARIANI) |
| v. | : |
| LARRY MORAN, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS ___3rd___ DAY OF SEPTEMBER 2020, upon consideration of Chief Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 23) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 23) is **ADOPTED** for the reasons set forth therein.

2. The above-captioned action is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge